UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LEWIS HAYES,

Plaintiff,

v.

L. MACIAS, et al.,

Defendants.

Case No. 26-cv-00684-EKL

**JUDGMENT**

Pursuant to the order filed earlier today, this matter is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: November 9, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California